**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BRADLEY BERGERON, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>MONEX DEPOSIT COMPANY, et al.,<br><br>    Defendants. | Case No. 8:17-cv-01968-JVS(DFMx)<br><br>ORDER GRANTING DISMISSAL WITH PREJUDICE [153]<br><br>The Hon. James V. Selna |

Pursuant to the parties' Joint Stipulation of Dismissal With Prejudice, IT IS HEREBY ORDERED as follows:

1. The above-captioned action shall be dismissed with prejudice; and
2. Each party shall bear his or its own attorneys' fees, costs, and expenses, except as otherwise agreed to by the parties, and each party waives any and all rights of appeal.

DATED: July 28, 2023

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE